HALL GRIFFIN LLP
MICHAEL J. PEPEK, State Bar No. 178238
  *mpepek@hallgriffin.com*
WILLIAM E. ALSNAUER, JR., State Bar No. 115345
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
EAGLE HOME MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NABIL SAMAAN, JASON ARINNO and MATTHEW OBREGON,<br><br>Plaintiffs,<br><br>vs.<br><br>CENLAR FSB; EAGLE HOME MORTGAGE, LLC; NATIONSTAR MORTGAGE LLC dba MR. COOPER; WELLS FARGO BANK, NA; FREEDOM MORTGAGE CORPORATION; LAKEVIEW LOAN SERVICING, LLC; LOAN CARE, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01887-TLN-EFB<br><br>JUDGE:   Hon. Troy L. Nunley<br>CTRM.:   2<br><br>**ORDER GRANTING FURTHER EXTENSION OF DEADLINE FOR DEFENDANT EAGLE HOME MORTGAGE, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[Stipulation for Further Extension filed concurrently herewith]<br><br>Action Filed:       June 30, 2020<br>Action Removed:  September 21, 2020<br>TRIAL DATE:     None Set |

Before the Court is Plaintiffs NABIL SAMAAN, JASON ARINNO and MATTHEW OBREGON (collectively "Plaintiffs") and Defendant EAGLE HOME MORTGAGE, LLC's ("Eagle") Stipulation for Further Extension of Deadline for Defendant Eagle Home Mortgage, LLC to Respond to Plaintiffs' Complaint.

After full consideration of the matter, this Court finds as follows:

/ / /

/ / /

/ / /

/ / /

1. Defendant Eagle's last day to file its pleading in response to Plaintiffs' Complaint in this matter is extended from November 25, 2020 to **January 4, 2021**.

**IT IS SO ORDERED.**

Dated: November 17, 2020

_____
Troy L. Nunley
United States District Judge